UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 20 A 10: 54
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| JOHN VINO and CYNTHIA VINO, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:01CV516 (CFD) |
| v. | : | |
| ZIMMER, INC., | : | |
| Defendant. | : | APRIL 19, 2005 |

## APPEARANCE

TO THE CLERK OF THE U.S. DISTRICT COURT:

Please enter the Appearance of Robert E. Koosa as counsel for the defendant, Zimmer, Inc. in the above action.

DEFENDANT, ZIMMER, INC.

By: _____
Robert E. Koosa (ct 26191)
For    Day, Berry & Howard, LLP
City Place I
Hartford, Connecticut 06103-3499
Tel: (860) 275-0100
Fax: (860) 275-0343
Email: rekoosa@dbh.com

## CERTIFICATION

THIS IS TO CERTIFY that on this 19th day of April, 2005, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

Robert I. Reardon, Jr.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT  06320

_____
Robert E. Koosa